**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Faith Stucke and Walter P. Stucke, Jr., | Civil No. 07-4015 (RHK-AJB) |
| Plaintiffs, | **ORDER** |
| vs. | |
| C.B. Fleet Company, Inc. a Virginia Corporation, | |
| Defendant. | |

Based upon the parties' Stipulation for Dismissal Without Prejudice entered into between Plaintiffs Faith Stucke and Walter P. Stucke, Jr. and Defendant C.B. Fleet Company, Inc., a Virginia corporation, **IT IS ORDERED**:

1. All claims and causes of action which were or which could have been asserted by or against any party herein shall be DISMISSED WITHOUT PREJUDICE; and

2. Each party shall bear their own costs, expenses, and attorney's fees.

Dated: July 21, 2008.

                                                  s/Richard H. Kyle
                                                  RICHARD H. KYLE
                                                  United States District Judge